# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

'13 JUN 24 PM 2:21

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     vs.<br><br>MIGUEL RUIZ-LEON,<br><br>                 Defendant. | CASE NO. 13CR1803-CAB<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

Title 31, U.S.C., Secs. 5316(a)(1) and 5324(c) and (d) - Failure to Report Exporting Monetary Instruments; Title 31, U.S.C., Sec. 5317(c) - Criminal Forfeiture

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 21, 2013

                                                     Cathy Ann Bencivengo
                                                     U.S. District Judge